Matthew T. Christensen, ISB: 7213
JOHNSON MAY
199 N. Capital Blvd.
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com

Attorney for Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 22-00145-NGH |
|---|---|
| CHAD JAMES CHRISTENSEN and KATHERINE HILL CHRISTENSEN, | |
| Debtors. | |
| TIMOTHY R. KURTZ, solely in his capacity as Chapter 7 Trustee for the above-referenced bankruptcy estate, | Adversary No. _____ COMPLAINT TO AVOID LIENS |
| Plaintiff, | |
| vs. | |
| BFS GROUP, LLC, dba BUILDERS FIRSTSOURCE, a Delaware limited liability company; and CHRIS LATTIMER, an individual, | |
| Defendants. | |

The Plaintiff Timothy R. Kurtz ("Plaintiff" or "Trustee"), by and through his counsel of record, JOHNSON MAY, complains and alleges as follows:

COMPLAINT TO AVOID LIENS – Page 1

## NATURE OF ACTION

1. In this Adversary Proceeding, the Trustee seeks an order avoiding certain mechanics liens recorded against real property located at 23785 Beartooth Way, Caldwell, Idaho 83607, as improper and/or incomplete.

## PARTIES

2. Plaintiff is the duly-appointed Chapter 7 Trustee of the above-referenced bankruptcy proceeding.

3. Upon information and belief, Defendant BFS Group, LLC, ("BFS Group") is a Delaware limited liability company operating under the tradename "Builders FirstSource" with a business operation at multiple locations within Ada County, Idaho.

4. Upon information and belief, Defendant Chris Lattimer ("Lattimer") is an individual residing in Meridian, Idaho.

## JURISDICTION AND VENUE

5. This Adversary Proceeding arises under Title 11 of the United States Code and arises in or is related to the captioned Chapter 7 case now pending in the United States Bankruptcy Court for the District of Idaho as Case Number 22-00145-NGH ("Bankruptcy Case").

6. This Court has jurisdiction over this Adversary Proceeding pursuant to the provisions of 11 U.S.C. § 105 and 28 U.S.C. §§ 157, 2201 and 1334, and pursuant to the standard order of reference entered in this District.

7. The Trustee asserts the claims being pursued in this Adversary Proceeding are "core proceedings" pursuant to 28 U.S.C. § 157 and related authority. To the extent the claims pursued herein are not core proceedings, and pursuant to Federal Rule of Bankruptcy Procedure 7008, the

Trustee expressly consents to the Bankruptcy Court entering final orders and judgments on all claims in this proceeding.

8. To the extent not a core proceeding, this is a "related to" proceeding under 28 U.S.C. § 157(c). Venue is proper under 28 U.S.C. § 1409(a).

9. This proceeding is brought pursuant to 11 U.S.C. § 105, and Rule 7001 of the Federal Rules of Bankruptcy Procedure.

**FACTUAL BACKGROUND**

10. The Debtors in this case, Chad and Katherine Christensen, filed their bankruptcy petition on April 15, 2022 (the "Petition Date").

11. Both BFS Group and Lattimer are in the business of "building, altering, repairing, adding to, subtracting from, improving, reconstructing, moving, excavating, wrecking or demolishing any building … or other structure, project, development or improvement to real property."

12. BFS Group and Lattimer are both a "contractor" as that term is defined by Idaho Code § 54-5203.

13. BFS Group and Lattimer re required to register as a contractor pursuant to Idaho Code § 54-5201, et seq.

14. BFS Group first registered as a contractor with the Idaho Contractor's Board on either November 17, 2005, or September 21, 2010.

15. BFS Group's November 17, 2005, registration expired on November 18, 2021, and was not renewed until August 16, 2022.

COMPLAINT TO AVOID LIENS – Page 3

16. BFS Group's September 21, 2010, registration expired on September 22, 2021, and was not reinstated until August 24, 2022.

17. Lattimer has never registered as an individual with the Idaho Contractor's Board.

18. On the Petition Date, the Debtors owned real property located at 23785 Beartooth Way, Caldwell ID 83607 (the "Property").

19. On the Petition Date, the Property became property of the bankruptcy estate.

20. After the Petition Date, the Debtors continued to build a home on the Property and requested work be performed by various contractors, including BFS Group and Lattimer.

21. The Debtors requested work be performed on the property without authorization from the bankruptcy trustee, and while the Property remained property of the bankruptcy estate.

22. On September 28, 2022, BFS Group recorded a "Claim of Lien" (the "BFS Lien") on the Property. A copy of the BFS Lien is attached as **Exhibit 1**.

23. In the BFS Lien, BFS Group claims to have performed work on the Property between April 18, 2022, and July 15, 2022.

24. During all of the time alleged in the BFS Lien, BFS Group was providing contractor services without being properly registered with the Idaho Contractor's Board.

25. Additionally, it is not clear whether BFS Group properly served the BFS Lien on the owner of the Property (either the Debtors, or the Trustee as representative of the bankruptcy estate).

26. The BFS Lien does not contain a proper legal description of the Property, as required by Idaho statutes.

27. The BFS Lien does not contain an acknowledgment by Kevin L. Hillier, who allegedly signed the BFS Lien on behalf of BFS Group, as required by relevant Idaho statutes.

COMPLAINT TO AVOID LIENS – Page 4

28. On February 15, 2023, Lattimer recorded a "Mechanic's Lien" (the "Lattimer Lien") on the Property. A copy of the Lattimer Lien is attached as ***Exhibit 2***.

29. In the Lattimer Lien, Lattimer claims to have performed work on the Property between April 8, 2022, and January 12, 2023.

30. During all of the time alleged in the Lattimer Lien, Lattimer was providing contractor services without being properly registered with the Idaho Contractor's Board.

31. Additionally, it is not clear whether Lattimer properly served the Lattimer Lien on the owner of the Property (either the Debtors, or the Trustee as representative of the bankruptcy estate).

32. The Lattimer Lien does not contain a proper legal description of the Property, as required by Idaho statutes.

33. The Lattimer Lien does not comply with relevant Idaho lien statutes.

34. Further, in testimony provided in the underlying bankruptcy case, the Debtors testified that work on the Property had ceased in August 2022.

35. The work BFS Group and Lattimer performed which supports their liens was done without proper registration under Idaho's Contractor Registration Act.

36. Pursuant to Idaho's Contractor Registration Act, the services performed by BFS Group and Lattimer, for which they claim a lien, were unlawful.

37. Pursuant to Idaho's Contractor Registration Act, BFS Group and Lattimer are not entitled to compensation or lien rights for performing work without properly being registered as contractors.

## CLAIM 1 – DECLARATION OF UNPERFECTED AND/OR IMPROPER LIEN

38. The Trustee reasserts all of the foregoing paragraphs as if fully set forth herein.

39. In order to assert a mechanic's or materialmen's lien on the Property, the lien claimant must be properly registered with the Idaho Contractor's Board. Neither BFS Group or Lattimer were registered with the Idaho Contractor's Board at the time described in the liens and the liens should be declared invalid.

40. Further, in order for the BFS Lien and Lattimer Lien to be valid, Idaho statutes require proper legal descriptions and strict compliance with the lien statutes. Neither the BFS Lien nor the Lattimer Lien contains a valid legal description of the Property or complies with the requirements of relevant Idaho lien and recording statutes. For these reasons, the Liens should be declared invalid and/or improperly recorded.

41. The Trustee requests a judicial declaration (a) that neither BFS Group or Lattimer are entitled to assert lien rights for failure to comply with Idaho's Contractor Registration Act and (b) that, even if properly registered, neither the BFS Lien or Lattimer Lien comply with relevant Idaho lien or recording statutes and are therefore invalid.

## COSTS, ATTORNEY FEES, AND OTHER RELIEF

42. The Trustee is entitled to recover from Defendants the costs and expenses incurred in connection with bringing this adversary proceeding, including all reasonable attorney's fees as well as any other relief, legal or equitable, pursuant to applicable state law as the Court determines is appropriate.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief against Defendants BFS Group, LLC, and Chris Lattimer as follows:

1. On Claim 1, for an order declaring the liens asserted by BFS Group, LLC, and Chris Lattimer against the Property located at 23785 Beartooth Way, Caldwell ID 83607 to be invalid and improper.

2. For an order awarding attorney fees and expenses to the bankruptcy estate against the Defendants. In the event of default, the Trustee asserts a reasonable award of attorney fees and expenses would be $5,000.00. In the event the Trustee prevails after appearance and litigation with the Defendants, a reasonable award of attorney fees and expenses should be determined and awarded by the court.

3. For such other and further relief as the Court may deem just and equitable.

DATED this 22nd day of March, 2023.

                                             /s/ Matt Christensen
                                            MATTHEW T. CHRISTENSEN
                                            Attorney for Trustee

# EXHIBIT 1

```
┌─────────────────────────────────┐
│         2022-044948             │
│           RECORDED              │
│      09/28/2022 12:32 PM        │
│        CHRIS YAMAMOTO           │
│    CANYON COUNTY RECORDER       │
│ Pgs=2 EHOWELL          $13.00   │
│ TYPE:  LIEN                     │
│ ROHILLCO BUSINESS SERVICES LLC  │
│ ELECTRONICALLY RECORDED         │
└─────────────────────────────────┘
```

# CLAIM OF LIEN

NOTICE IS HEREBY GIVEN: That BFS Group LLC dba Builders FirstSource, Inc. 701 (MERIIDYD)) - , hereby claims the benefit of the law relative to liens of mechanics and materialmen upon real property, as provided by the laws of the State of Idaho, and hereby claims a lien upon that certain tract of land hereinafter described, for the sum of $74,355.30, with interest thereon from 09/28/2022.

That said amount is due, and owing, after deducting all just credits and offsets, to said claim for supply of building material, labor and or building material and labor in that certain improvement of said land described as follows, to-wit:

      23785 Beartooth Way, Caldwell ID - County of Canyon -  // .

That the name and address of the person by whom claimant was employed or to whom the claimant furnished the materials is
Christiansen Homes
5636 N. Bergman Avenue
Meridian ID 83646
.

That the first item of said supply commenced on the 04/18/2022, and the last item thereof on the 07/15/2022.

The Owner of the property is
James Chad Christiansen and Katherine Hill Christiansen
3030 W Tubac Drive
Meridian ID 83646
.

That the post office address of this claimant is BFS Group LLC dba Builders FirstSource, Inc. 701 (MERIIDYD)) - .

Dated this 09/28/2022.

_____
Kevin L. Hillier, Other for BFS Group LLC dba Builders FirstSource, Inc. 701 (MERIIDYD))

STATE OF _OREGON_ )
: ss.
County of _DESCHUTES_ )

    Kevin L. Hillier, being duly sworn, on oath, says that he/she is the Agent for the Claimant (or authorized signatory on behalf of BFS Group LLC dba Builders FirstSource, Inc. 701 (MERIIDYD))), in the foregoing Claim of Lien, that he/she has read the same and knows the contents thereof; and that the same is true and just, and that it contains a correct statement of his/her/its demands after deducting all just credits and offsets.

_____
Claimant, Kevin L. Hillier, for BFS Group LLC dba Builders FirstSource, Inc. 701 (MERIIDYD))

SUBSCRIBED AND SWORN TO before me this 09/28/2022.

_____
Notary Public for the State of:
_Oregon_
Residing at: _Deschutes, Bend, Oregon_

My Commission Expires: 7-28-23

This instrument was prepared by:
Kevin L. Hillier
After recording return to:
RoHillCo Business Services, LLC
P.O. Box 7107
Bend, OR 97708-7107
541-639-8949
File #941806



OFFICIAL STAMP
JESSICA BREA NORRIS
NOTARY PUBLIC-OREGON
COMMISSION NO. 989643
MY COMMISSION EXPIRES July 28, 2023

Page 2 of 2
02/21/2023 3:03 PM

# EXHIBIT 2

## MECHANIC'S LIEN

STATE OF IDAHO
COUNTY OF CANYON

Notice is hereby given that this Mechanic's Line, this "Lien", is filed as of 02/14/2023, (the Effective Date", by Chris Lattimer located at 3162 S. Silvertip Lane, Meridian, ID, (the "Claimant") claims a construction lien in the sum of $26,974.10 for labor, services, materials, and/or equipment furnished for improvement to certain real property owned by (the "Owner"), located at 994 Magic Mill Ave. Middleton, ID 83644, County of Canyon, and with the legal description: 10-3 Timber Hills (the "Property"). This Lien is claimed, separately and severally, as to both the buildings and improvements thereon, and the said land.

The Claimant and Owner entered into a contract on April 8, 2022, whereby the Claimant provided the following labor, services, materials and/or equipment at the Property (the "Work"): labor and concrete, for the total amount of $26,974.10.

The first day of the Work on the Property by the Claimant was April 8, 2022. The last day of the Work on the Property by the Claimant was January 12, 2023 (the "Completion Date").

As of the Effective Date, the Claimant has received payment of $0.00. The total balance of $26,074.10, after deducting all just credits and offsets, is still due to the Claimant as of the Effective Date.

The Owner has failed to pay the Balance Due despite demands and requests for payment. Accordingly, the Claimant declares that claim amount of $26,974.10 is justly due to the Claimant.

The Claimant declares that the contests of this Lien are true and correct to the best of his knowledge.

_____          ___Chris Lattimer_____
Claimant Signature                                             Claimant Full Name

**2023-004817**
RECORDED
**02/15/2023 02:00 PM**


0074519020230004817 0020023

CHRIS YAMAMOTO
CANYON COUNTY RECORDER
Pgs=2  ZBLAKESLEE                    $13.00
LIEN
CHRIS LATTIMER